## Wolf Maize Mills v. John W. Stevenson.

1. VERDICTS—*Conflicting Evidence—Conclusive.*—Where the evidence is conflicting, the verdict is conclusive.

**Assumpsit.**—Breach of contract. Appeal from the Superior Court of Cook County; the Hon. WILLIAM G. EWING. Judge, presiding. Heard in this court at the October term, 1895. Affirmed. Opinion filed January 22, 1896.

### STATEMENT OF THE CASE.

This action was brought by John W. Stevenson against the Wolf Maize Mills, a corporation, before a justice of the peace for Cook county, Illinois, by whom a judgment was rendered on December 11, 1894, in favor of the plaintiff for $140 and costs.

From this judgment the defendant on December 29, 1894, appealed to the Superior Court of Cook County, and the case was tried *de novo* in said Superior Court on April 1, 1895, by a jury. A verdict was rendered for the plaintiff in the sum of $206, from which the plaintiff remitted $6. A motion for a new trial was overruled, an exception taken by the defendant, and judgment rendered by the court for the plaintiff for $200 and costs.

The contract was a hiring for one year at $20 per week.

CHARLES F. MORSE, attorney for appellant.

No appearance for appellee.

MR. JUSTICE WATERMAN DELIVERED THE OPINION OF THE COURT.

The suit is to recover, not for work done, but for a breach of contract.

Appellant admits that it endeavored to induce appellee to work the balance of the year for $10 per week, as the mill was not running, but denies that it discharged him.

We think, under the conflicting evidence, that the jury were warranted in finding the issue for appellee.

The judgment of the Superior Court is affirmed.